BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
HENRY L. CHI, CSBN 265009
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8953
    Facsimile:  415-744-0134
    E-Mail:  henry.chi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| DANIEL R. SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:15-CV-01326-CMK<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE THE ANSWER AND CERTIFIED ADMINISTRATIVE RECORD** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to file the Answer and Certified Administrative Record.  There is good cause for this extension because Defendant's Counsel believes the Certified Administrative Record is only available in a paper copy.  Despite

his diligent efforts, and given the holidays, Counsel was not able to review a copy of the Certified Administrative Record. Given these factors, Defendant respectfully requests an extension and Plaintiff also consents to this extension.

The current due date is January 4, 2016. The new due date will be February 3, 2016. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: <u>January 4, 2016</u>   <u>/s/ Henry L. Chi for Jesse S. Kaplan\*</u>
(\*by email authorization on January 4, 2016)
Jesse S. Kaplan
Attorney for Plaintiff

Dated: <u>January 4, 2016</u>   BENJAMIN B. WAGNER
United States Attorney

By:   <u>/s/ Henry L. Chi</u>
Henry L. Chi
Special Assistant U.S. Attorney

Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.
Dated: January 6, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2
Smith
Stip. and Proposed Order for Extension - 2:15-cv-01326-CMK