IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL R. SMITH,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant.<br>_____/ | No.  2:15-cv-1326-CMK<br><br><br><br>ORDER |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Plaintiff has filed a notice of voluntary dismissal.  Good cause appearing therefor, this action is dismissed.  See Fed. R. Civ. P. 41(a)(2).  The Clerk of the Court is directed to close this file.

      IT IS SO ORDERED.

DATED: August 1, 2016

                                              _____<br>                                              **CRAIG M. KELLISON**<br>                                              UNITED STATES MAGISTRATE JUDGE